STATE OF NORTH DAKOTA EX REL. FARWELL, OZMUN, KIRK, & COMPANY, a Corporation, et al., Relators, Plaintiffs, v. GEORGE E. WALLACE, as Tax Commissioner of the State of North Dakota, et al., Defendants.

(177 N. W. 106.)

**Controlled case.**
    This case is controlled by the case of Farwell, Ozmun, Kirk, & Company v. Wallace, ante, 173, 177 N. W. 103.

Opinion filed March 13, 1920.

Original proceeding.
Writ denied.

*Butler, Mitchell, & Doherty (Miller, Zuger &. Tillotson, C. J. Rock-wood,* and *Washburn, Bailey & Mitchell,* of counsel), for relators.

*William Langer,* Attorney General, *F. E. Packard,* Assistant Attorney General, for respondents.

PER CURIAM: This is an original application asking at the hands of this court the same relief sought in an action of the same title which was begun in district court, and which is disposed of on appeal under the same title, being No. 3811 upon the calendar of this court, ante, 173, 177 N. W. 103. The opinion in that case is decisive of the issues presented upon the petition. Though, for the reasons stated in the opinion referred to, the plaintiffs are entitled to the relief sought, it will not be granted in this original proceeding as full relief can be obtained in the proceeding brought in district court.

BRONSON, J., concurs in the result.

GRACE, J. (concurring in result). The laws mentioned in the case of Capital Trust & Sav. Bank v. Wallace, infra, 177 N. W. 440, as having been repealed, with the exception of chap. 222 of the Laws of 1919, which are the same laws involved in this case, and by reason of the repeal of such laws, as above mentioned, and the reasons stated in my opinion, in the case of Capital Trust & Sav. Bank v. Wallace, I concur in the result arrived at by the opinion of the court, but do not concur in all the reasoning contained in such opinion, by which the result is reached.